**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

**In re:**
    **Application for PACER**　　　　　　　　　　Case # 2:24-mc-18
    **Fees Exemption**

**ORDER**
**GRANTING MICHELLE MILLER AN EXEMPTION FROM THE ELECTRONIC PUBLIC ACCESS FEES**

This matter is before the Court upon the application and request by Michelle Miller for an exemption from the fees imposed by the Electronic Public Access ("PACER") fee schedule adopted by the Judicial Conference of the United States Courts.

Based on the application and applicable rules, THE COURT FINDS that Michelle Miller, as an Associate Professor of Economics at Loyola Marymount University in Los Angeles, California, falls within the class of users listed in the fee schedule who are eligible for a fee exemption, and that Michelle Miller has demonstrated an exemption is necessary to avoid unreasonable burdens and to promote public access to information.

Accordingly, IT IS HEREBY ORDERED that Michelle Miller shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred during Michelle Miller's research, from the date this Order is entered until January 23, 2026. However, Michelle Miller shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

IT IS FURTHER ORDERED that the following limitations shall also apply:

1. this fee exemption applies only to Michelle Miller and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;
3. Michelle Miller is prohibited from selling for profit any data she obtains as a result of receiving this exemption;

2

4. Michelle Miller is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
5. this exemption is valid until January 23, 2026; and
6. this exemption is subject to revocation by the Court at any time.

   IT IS FURTHER ORDERED that the Clerk shall promptly send a copy of this Order to the PACER Service Center.

**SO ORDERED**.

February 1, 2024  
Burlington, Vermont

*Heather Z. Cooper*  
Heather Z. Cooper  
United States Bankruptcy Judge